DEVERIE J. CHRISTENSEN, ESQ.
Nevada State Bar No. 6596
I-CHE LAI, ESQ.
Nevada State Bar No. 12247
**JACKSON LEWIS P.C.**
300 S. Fourth Street, Suite 900
Las Vegas, Nevada 89101
Email: deverie.christensen@jacksonlewis.com
Email: i-che.lai@jacksonlewis.com

*Attorneys for Defendant*
*Foundever Operating Corporation*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| SHARALEE JACKSON, an individual,<br><br>Plaintiff,<br><br>v.<br><br>FOUNDEVER OPERATING CORPORATION, a Delaware corporation,<br><br>Defendant. | Case No. 2:25-cv-01189-RFB-DJA<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE TO RESPOND TO COMPLAINT**<br><br>**(First Request)** |

Pursuant to Fed. R. Civ. P. 6(b)(1) and LR IA 6-1, IA 6-2, and 7-1, Plaintiff Sharalee Jackson and Defendant Foundever Operating Corporation, by and through their respective undersigned counsel, hereby stipulate and agree to extend the time for Defendant to file its response to the complaint (ECF No. 1) to **September 2, 2025**. This is the first request to extend the deadline to file a response to the complaint.

1. Good cause warrants the stipulated extension. The Complaint was filed on July 1, 2025, (ECF No. 1), with service of the summons and complaint on July 29, 2025. This would give Defendant until August 19, 2025, to respond to the complaint. *See* Fed. R. Civ. P. 12(a)(1)(A)(i). However, the parties are currently evaluating whether this case is subject to arbitration under a written arbitration agreement. The parties need additional time to decide whether they can resolve

this issue without motion practice, which will serve judicial economy, and stipulate to stay the case pending arbitration.

2. An extension of the deadline to September 2, 2025, should be sufficient for the parties to decide how to resolve this issue.

3. In stipulating to the extension, the parties are not waiving, relinquishing, or otherwise impairing any claim, defense, argument, or other right they may have. *See Szanto v. Marina Marketplace 1, LLC*, No. 3:11-cv-00394-RCJ-VPC, 2013 U.S. Dist. LEXIS 168028, at *10 (D. Nev. Nov. 26, 2013).

4. This stipulation is not submitted for the purpose of delay.

| GREENBERG GROSS LLP | JACKSON LEWIS P.C. |
|---|---|
| /s/ *Matthew T. Hale* | /s/ *Deverie J. Christensen* |
| Jemma E. Dunn, #16229 | Deverie J. Christensen, 6596 |
| Matthew T. Hale, #16880 | I-Che Lai, #12247 |
| 1980 Festival Plaza Drive, Suite 730 | 300 South Fourth Street, Suite 900 |
| Las Vegas, Nevada 89135 | Las Vegas, Nevada 89101 |
| *Attorneys for Plaintiff* | *Attorneys for Defendant* |
| *Sharalee Jackson* | *Foundever Operating Corporation* |

**IT IS SO ORDERED.**

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE

DATED: 8/20/2025