1  DEVERIE J. CHRISTENSEN, ESQ.
   Nevada State Bar No. 6596
2  I-CHE LAI, ESQ.
   Nevada State Bar No. 12247
3  **JACKSON LEWIS P.C.**
   300 S. Fourth Street, Suite 900
4  Las Vegas, Nevada 89101
   Email: deverie.christensen@jacksonlewis.com
5  Email: i-che.lai@jacksonlewis.com

6  *Attorney for Defendant*
   *Foundever Operating Corporation*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| SHARALEE JACKSON, an individual, | Case No. 2:25-cv-01189-RFB-DJA |
| Plaintiff, | |
| v. | **STIPULATION AND ORDER TO STAY ACTION PENDING ARBITRATION** |
| FOUNDEVER OPERATING CORPORATION, a Delaware corporation, | |
| Defendant. | |

Plaintiff Sharalee Jackson and Defendant Foundever Operating Corporation, by and through their respective undersigned counsel, hereby stipulate as follows:

1. The parties have recently determined an arbitration agreement applies to this dispute, and the parties agree the claims alleged by Plaintiff against Defendant in this action fall within the scope of the arbitration agreement.

2. Thus, the parties have agreed that this action, in its entirety, shall be submitted to binding arbitration pursuant to the terms of the arbitration agreement, and Plaintiff will initiate arbitration against Defendant with JAMS within fourteen calendar days of this Court's entry of Order regarding this Stipulation.

3. All proceedings in this action shall be stayed, and this Court shall retain jurisdiction over the action pending the conclusion of the JAMS arbitration or the parties' settlement.

4. Nothing in this Stipulation and Order shall operate to waive, relinquish, or impair any claim, defense, objection, or right of any party in this case. *Szanto v. Marina Marketplace 1, LLC*, No. 3:11-cv-00394-RCJ-VPC, 2013 U.S. Dist. LEXIS 168028, at *10 (D. Nev. Nov. 26, 2013). Further, nothing in this Stipulation and Order shall be construed as an admission of or consent to the merit or validity of any claim, defense, objection, or right by any party in this case.

Dated: August 29, 2025

| GREENBERG GROSS LLP | JACKSON LEWIS P.C. |
|---|---|
| /s/ Matthew T. Hale | */s/ I-Che Lai* |
| Jemma E. Dunn, #16229 | Deverie J. Christensen, #6596 |
| Matthew T. Hale, #16880 | I-Che Lai, #12247 |
| 1980 Festival Plaza Drive, Suite 730 | 300 South Fourth Street, Suite 900 |
| Las Vegas, Nevada 89135 | Las Vegas, Nevada 89101 |
| *Attorneys for Plaintiff* | *Attorneys for Defendant* |
| *Sharalee Jackson* | *Foundever Operating Corporation* |

**IT IS SO ORDERED.**

_____
**RICHARD F. BOULWARE, II**
**UNITED STATES DISTRICT JUDGE**

**DATED:** October 2, 2025.

2